# ELECTRONIC RECORD

399-15

COA # 14-13-01013-CR

OFFENSE: Terroristic Threat

STYLE: Mahmoud Afhami v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed

TRIAL COURT: Co Crim Ct. at Law No 13

DATE: March 17, 2015    Publish: No

TC CASE #:1892708

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Mahmoud Afhami v The State of Texas

CCA # _____

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___08/26/2015___

JUDGE: _Per Curim, Hervey, J; Not Participating_

CCA Disposition: ___399-15___

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**